**No. 11-6604. Enrique Gonzalez-Huerta, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 536, 181 L. Ed. 2d 376, 2011 U.S. LEXIS 7627.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 420 Fed. Appx. 679.

**No. 11-6607. Everly Hatfield, Petitioner v. United States.**

565 U.S. 988, 132 S. Ct. 536, 181 L. Ed. 2d 376, 2011 U.S. LEXIS 7841.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 423 Fed. Appx. 648.

**No. 11-6610. Jose Olivas, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 536, 181 L. Ed. 2d 376, 2011 U.S. LEXIS 7620.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6622. Mark Cubie, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 536, 181 L. Ed. 2d 376, 2011 U.S. LEXIS 7748.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 628 F.3d 368.

**No. 11-6625. Aaron Perkins, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 537, 181 L. Ed. 2d 376, 2011 U.S. LEXIS 7690.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 395 U.S. App. D.C. 241, 642 F.3d 1062.

**No. 11-6630. Monterial Wesley, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 537, 181 L. Ed. 2d 376, 2011 U.S. LEXIS 7693.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 423 Fed. Appx. 838.

**No. 11-6632. Luis Angel Builes, Petitioner v. United States.**

565 U.S. 993, 132 S. Ct. 537, 181 L. Ed. 2d 376, 2011 U.S. LEXIS 7637.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.